UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM SARKISIAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No: 2:23-cv-06811-AB-E<br>Mist. Judge: Andre Birotté Jr<br>Mag. Judge: Charles F. Eick<br>Courtroom: 7B<br><br>[PROPOSED] ORDER |

The Court, having considered the parties' Joint Stipulation, hereby **DISMISSES WITH PREJUDICE** the entire action pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED**.

Dated:  December 13, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE